IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILBURN HOMES RUTHERFORD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3326

_____/

Opinion filed January 19, 2017.

An appeal from the Circuit Court for Duval County.
Jack M. Schemer, Judge.

No appearance for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

OSTERHAUS, JAY, and WINSOR, JJ., CONCUR.